IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JESSIE LEE FARMER, JR.                                                                                           PLAINTIFF

v.                                            Case No. 6:20-cv-06065

KALLIE WATSON NEWSOME;
DEPUTY WARDEN ANTHONY
JACKSON; and KEITH WADDLE,
Disciplinary Hearing Officer                                                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 6, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 40). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. Judge Bryant recommended that Defendants' Motion for Summary Judgment (ECF No. 30) be granted. Plaintiff filed objections to the Report and Recommendation (ECF No. 43). This matter is now ready for consideration.

Plaintiff's objections do not offer any new issues of fact or law that would require the Court to deviate from the report and recommendation. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 30) is **GRANTED**. Therefore, Plaintiff's Amended Complaint (ECF No. 19) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 9th day of November 2021.

.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**

1